**No. 42842.**—Protests 981324–G, etc., of M. Zwiebel, Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 41633 the pencil sharpeners in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 42843.**—Protests 943021–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 41633 the pencil sharpeners in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 42844.**—Protests 837242–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel shaving brush holder and paperweight were held dutiable at 40 percent under paragraph 339. *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) cited. Photo frames plated with silver were held dutiable at 50 percent under paragraph 339. *Woolworth* v. *United States* (T. D. 47857) cited.

**No. 42845.**—Protests 651928–G, etc., of B. Altman & Co., Ltd. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel lamps, incense burners, vases, lanterns, candlesticks, torchers, photo frames, bookends, inkstands, jars, corners, blotters, letter knives, stamp boxes, pen trays, jardinieres, bowls, trays, boxes, and desk sets were held dutiable at 40 percent under paragraph 339. Bowls and jars plated with silver were held dutiable at 50 percent under the same paragraph.

BEFORE THE THIRD DIVISION, DECEMBER 13, 1939

**No. 42846.**—Petition 5743–R of John A. Conkey & Co. (Boston).

Opinion by EVANS, J. It appeared that the difference in value between that found on final appraisement and that declared on entry was due to the amount of discount allowable and it was decided to make a test case. Under the circumstances it was found that the importer acted in good faith and without intent to deceive the Government officials. The petition was therefore granted. *United States* v. *Damion Raike* (17 C. C. P. A. 406, T. D. 43836) cited.